■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL DAWSON, Appellant.—Judgment, Supreme Court, New York County, rendered on October 4, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lane, J. P., Markewich, Lupiano, Silverman and Ross, JJ.

■　In the Matter of the MORAL RE-ARMAMENT, INC., Appellant, v TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on August 11, 1978, unanimously affirmed on the opinion of Ascione, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Fein, Sandler and Bloom, JJ.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH MALDONADO, Appellant.—Judgment, Supreme Court, New York County, rendered on August 10, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Sandler and Bloom, JJ.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM DANZY, Appellant.—Judgment, Supreme Court, New York County, rendered on May 30, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sullivan, Markewich, Silverman and Ross, JJ.

■　In the Matter of FRANK A. MELCHIOR.—*Motion granted to the* extent of referring petitioner's application for admission to the Bar to the Committee on Character and Fitness, First Judicial Department, for a report as to petitioner's fitness for admission to the Bar without regard to residence. Concur—Murphy, P. J., Fein, Sullivan, Bloom and Ross, JJ.